United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 15, 2003**

**Charles R. Fulbruge III**
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT
_____

No. 02-30693
_____

HEATHER KRISTENE BARNEY,

Plaintiff - Appellant,

versus

SUSAN L. ARMSTRONG; CITY OF BOSSIER; ABC INSURANCE CO.; XYZ
INSURANCE CO.,

Defendants - Appellees.

_____

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 00-CV-164

_____

Before GARWOOD, JOLLY, and HIGGINBOTHAM, Circuit Judges.

PER CURIAM:[*]

We affirm for essentially the reasons set out in the good
opinion of the district court.

AFFIRMED. <u>See</u> 5th Cir. R. 47.6.

---

[*] Pursuant to 5th Cir. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5th Cir. R. 47.5.4.